**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

SHATAKEIA COLEMAN                                    CIVIL ACTION NO.  15-2912

VERSUS                                                          JUDGE S. MAURICE HICKS, JR.

LOUISIANA DEPARTMENT OF                       MAGISTRATE JUDGE HAYES
VETERANS AFFAIRS, ET AL.

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been

considered, no objections thereto having been filed, and finding that same is supported

by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction

(Record Document 15) filed by Defendant, Louisiana Department of Veterans Affairs is

**GRANTED**, and that Plaintiff's complaint, as amended, is hereby **DISMISSED WITHOUT**

**PREJUDICE**, in its entirety, as to all parties.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 24th day of

January, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT